# MEMORANDA

## OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,151.—POWDER RIVER COUNTY, Appellant, *v.* J. H. MORRIS et al., Respondents.

*Appeal from District Court, Powder River County; S. D. McKinnon, Judge.*

Decided April 6, 1923.

PER CURIAM.—On motion of counsel for appellant the appeal in the above-entitled cause is dismissed.

*Mr. N. A. Burkey,* for Appellant.

---

No. 5,180.—LAURENCE COULUMBE et al., Appellants, *v.* WM. DRAKE et al., Respondents.

*Appeal from District Court, Missoula County; James M. Self, Judge.*

Decided April 21, 1923.

PER CURIAM.—Upon motion supported by stipulation of counsel the appeal in the above-entitled action is dismissed.

*Messrs. Russell, Madeen & Clarke,* for Appellants.

*Mr. A. S. Ainsworth,* for Respondents.